AO91 (Rev. 12/03) Criminal Complaint  Felony  AUSA

United States District Court
Southern District of Texas
FILED

NOV 2 4 2015

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.

Maria Del Consuelo SANCHEZ
A047 343 069  United States

**CRIMINAL COMPLAINT**

Case Number: B-15- MJ-1089

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about November 22, 2015 in Kenedy County, in the Southern District Of Texas defendant(s) knowingly, willfully, and in reckless disregard of the fact that one (1) undocumented alien(s) had entered the United States in violation of law and remained in the United States in violation of law, did transport and move said alien(s) by means of a motor vehicle with intent to further their unlawful presence,

in violation of Title 8 United States Code, Section(s) 1324(a)(1)(A)(ii)

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

On November 22, 2015 at approximately 2030 hours, Kingsville Border Patrol Agents were conducting roving patrol on Highway 77 at or near Norias, Texas. Agents were parked in a crossover on Highway 77 observing north bound vehicle traffic when they observed a gray in color Nissan Altima coming into the crossover and then driving north on Highway 77. Agents noticed that the vehicle was driving at a slow rate of speed compared to other traffic on the highway at the time. Agents requested back-up and then proceeded to conduct a traffic stop by activating their vehicle emergency equipment to perform an immigration inspection on the occupants. As agents approached the vehicle, the driver was identified as Maria Del Consuelo SANCHEZ, a Naturalized United States citizen.

Defendant had $500.00 MX Pesos and $1413.00 Dollars in her possession at the time of detention.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

_____
Signature of Complainant

Garcia, Mauro A.  Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

November 24, 2015                                                at    Brownsville, Texas
Date                                                                         City/State

Ronald G. Morgan         U.S. Magistrate Judge                _____
Name of Judge            Title of Judge                       Signature of Judge

# AFFIDAVIT
In support of Criminal Complaint

**UNITED STATES OF AMERICA**
**V.**
Maria Del Consuelo SANCHEZ
A047 343 069  United States

**CRIMINAL COMPLAINT**

Case Number: B-15- MJ- 1089

The vehicle stop resulted in the apprehension of one undocumented immigrant from Mexico. Through further investigation it was determined that the driver Maria Del Consuelo SANCHEZ was the principal in the smuggling scheme of the undocumented immigrant.

SUBSCRIBED and SWORN to before me this ___24th___ day of ___November, 2015___.

_____
Signature of Judicial Officer

_____ Border Patrol Agent
Signature of Complainant