IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 2015

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | WAIVER OF PRELIMINARY EXAMINATION |
| VS. | * | (Rule 5, Fed. R. Crim. P.) |
| MARIA DEL CONSUELO SANCHEZ | * | Case No. B-15-MJ-1089 |

I, **MARIA DEL CONSUELO SANCHEZ**, charged in a **complaint** pending in this District with **Transporting Undocumented Aliens**, in violation of 8 U.S.C. 1324 (a)(1)(A)(ii) and having appeared before this Court and been advised of my rights as required by Rule 5, Fed. R. Crim. P., including my right to a preliminary examination, do hereby waive my right to a preliminary examination.

_____
Defendant

_____
Counsel for Defendant
Reynaldo G. Garza III

DATE: 12/1/15