United States District Court
Southern District of Texas
**ENTERED**
December 02, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO.: **B-15-MJ-1089** |
| | § | |
| **MARIA DEL CONSUELO SANCHEZ** | § | |

ORDER SETTING CONDITIONS OF RELEASE

On **December 1, 2015**, a detention hearing was held before this Court. At the hearing, both Government and Defendant presented their evidence.

This Court has listened to both parties' arguments, and in light of the record and the requirements of 18 U.S.C. §3124, is of the opinion that a $50,000.00 Unsecured bond, would reasonably assure the appearance of Defendant at trial and that such a bond is not unreasonable under the provisions of the Bail Reform Act and the facts in this case.

It is therefore ORDERED that Defendant be released upon the posting of a $50,000.00 unsecured bond, with the following conditions:

(1) with Pretrial Services Agency supervision;

(2) surrender passport/not obtain a new passport;

(3) travel restricted to the Southern District of Texas. No travel into Mexico;

(4) avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution of this case;

(5) satisfy all outstanding balances with the municipal courts prior to release and provide proof to Pretrial Services;

(6) resolve all pending municipal court matters and provide proof to Pretrial Services;

(7) report as soon as possible to the Pretrial Services Officer of any contact with law enforcement;

Until such time that the defendant meets the conditions set above for bond, the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Done at Brownsville, Texas, this **2****nd** day of **December, 2015**.

_____
Ronald G. Morgan
United States Magistrate Judge