United States District Court
Southern District of Texas
**ENTERED**
January 04, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CR. NO. B-15-1114 |
| **MARIA DEL CONSUELO SANCHEZ** | § | |

## ORDER

Upon consideration of the foregoing Motion, it is hereby ORDERED that the Indictment be DISMISSED, in the above-styled and numbered cause for the reason that it's in the interest of Justice.

IT IS FURTHER ORDERED that the Clerk of the United States District Court deliver a copy of this Order to the United States Marshal for the Southern District of Texas.

Done at Brownsville, Texas, this the 4th day of January, 2016.

United States District Court
Southern District of Texas
FILED
JAN 0 4 2015
David J. Bradley, Clerk of Court

ROLANDO OLVERA
United States District Judge